UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Lonesome Cottage Furniture
Company, Inc.,

       Plaintiff,

vs.                                   ORDER ADOPTING
                                      REPORT AND RECOMMENDATION

Josh Hennessee, Larry Reiling,
and Valley Mechanical, LLC,

       Defendants.                 Civ. No. 08-4680 (PJS/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That this action is dismissed as to the Defendant Valley Mechanical, LLC, for the Plaintiff's failure to comply with this Court's Order of August 18, 2008, and for lack of prosecution.

Dated: October 9, 2008                                     s/Patrick J. Schiltz
                                                          Patrick J. Schiltz
                                                          United States District Judge